1  Marc J. Randazza, Esq.,
   SBN No. 269535
2  Randazza Legal Group
   3969 Fourth Avenue, Suite 204
3  San Diego, CA 92103
   888-667-1113
4  305-437-7662 (fax)
   MJR@randazza.com
5

6  Attorney for Plaintiff,
   LIBERTY MEDIA HOLDINGS, LLC
7

8            UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10                                     )   Case No. 10-CV-1810-JLS-WMC
   LIBERTY MEDIA HOLDINGS, LLC d/b/a   )
11 CORBIN FISHER                       )   **NOTICE OF MOTION AND MOTION TO**
                                       )   **SUBSTITUTE NAME OF COREY**
12 Plaintiff,                          )   **DEBARROS FOR "COREY"**
                                       )
13 vs.                                 )
                                       )
14 PORNILOVE.NET, "COREY," and JOHN    )
   DOES 3-1000                         )
15                                     )
   Defendants                          )
16 _____)

17 1.      Plaintiff hereby gives notice of its motion for an Order substituting the previously

18 incomplete Defendant "Corey" with the now-discovered, complete name Corey Debarros.  This

19 Motion is based on the attached Memorandum of Points and Authorities and Declaration of Marc

20 Randazza.

21 Date: March 4, 2011.                      s/ Marc Randazza
                                             Marc Randazza, SBN 269535
22                                           Randazza Legal Group
                                             3969 Fourth Avenue, Suite 204
23                                           San Diego, CA 92103
                                             888-667-1113
24                                           305-437-7662 (fax)
                                             MJR@randazza.com
25

26

27

28

                              1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on March 4, 2011.   A copy of this motion has been sent via US Mail and email to Corey Debarros.

Dated: March 4, 2011                              Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
mjr@randazza.com