Marc J. Randazza, Esq.,
SBN No. 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC d/b/a CORBIN FISHER<br><br>Plaintiff,<br><br>vs.<br><br>PORNILOVE.NET, "COREY," and JOHN DOES 3-1000<br><br>Defendants | Case No. 10-CV-1810-JLS-WMC<br><br>**DECLARATION OF MARC RANDAZZA IN SUPPORT OF MOTION TO SUBSTITUTE NAME OF COREY DEBARROS FOR "COREY"** |

I, Marc Randazza, declare under penalty of perjury as follows:

1. I am the attorney for Plaintiff Liberty Media Holdings and the following is based upon personal knowledge.

2. On or about August 31, 2010, I issued a subpoena to Google requesting information, including IP addresses used by the administrator to create and access the accounts of certain Pornilove blogs operated on the Google blog platform Blogger. Google responded with 2 IP addresses, including 98.254.227.216.

3. On or about November 22, 2010, I issued a subpoena to Yahoo! Requesting relevant information pertaining to the Pornilove Yahoo! Group, including IP addresses used by the administrator to create and access the accounts. Yahoo! Responded with 4 IP addresses, including 98.254.227.216 (the same IP address received from Google), and 98.203.91.156.

4. Each of these IP addresses was registered to the Internet Service Provider, Comcast Cable.

1

5. On January 6, 2011, I filed a Motion seeking leave of the court to issue discovery to Comcast requesting the identity of the subscriber of these IP addresses on the relevant dates and times. ECF No. 11.

6. The Court granted this Motion on January 19, 2011 (ECF No. 12), and on or about January 21, 2011, I issued a subpoena to Comcast with the Court Order requesting the subscriber's identity.

7. On February 22, 2011, the Plaintiff received Comcast's response, which identified Corey Debarros as the subscriber of the relevant IP addresses.

8. Additionally, Yahoo! also identified the IP address 207.244.175.200, which is registered to Atlantic Broadband.

9. Plaintiff similarly moved the court for permission to seek early discovery from Atlantic Broadband, which was granted on February 1, 2011. ECF No. 14.

10. The Plaintiff issued the subpoena to Atlantic Broadband and in turn received the identity of a Jennifer Arias-Marquez.

11. On February 10, 2011, I performed a Google search and was able to locate her phone number.

12. On the same date, at approximately 1:04 p.m. Pacific Time, I called the number and a man answered. He confirmed that the address was the same as that provided by Atlantic Broadband.

13. When I asked to speak to Corey, I was told that Corey was not available but would return soon. I asked the man how to spell Corey's last name, and he responded "Debarros."

14. This shows that Corey Debarros is also known to the Internet subscriber of the address provided by Atlantic Broadband.

15. The Defendant, known previously as only "Corey" had a Blogger profile, which included a picture. Exh. 1.

16. Upon learning the name "Corey Debarros," a Google search revealed a Friendster profile for Corey Debarros, using the same photograph as the "Corey" Blogger profile. Exh. 2.

17. Accordingly, the Plaintiff has more than a good faith belief that the Defendant, previously identified only as "Corey" is actually Corey Debarros.

Date: March 4, 2011.

s/ Marc Randazza
Marc Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on March 4, 2011.  A copy of this motion has been sent via US Mail and email to Corey Debarros.

Dated: March 4, 2011

Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
mjr@randazza.com