# Exhibit 2




