# RETURN OF SERVICE

| | | | |
|---|---|---|---|
| **State of:** | California | **Court:** | United States District Court Southern District of California |
| **County of:** | | **Court Case #:** | 10-CV-1810 |
| | | **Court Date:** | |
| | | **Issued Date:** | 8/1/2010 |

**Plaintiff:**
Liberty Media Holdings, LLC d/b/a Corbin Fisher

**Our Case #:** A1966-7
**Client's ref #:** 10-CV-1810

**Defendant:**
Pornilove.net, "Corey", and John Does 2-10
9720 Bay Harbor Terrace Apt 1
Bay Harbor Islands Florida 33154

**For:**
Eric Gapp
Liberty Media Holdings, LLC
302 Washington Street Suite 321
San Diego, CA 92103

Received by Counter Intelligence Services on the 14th day of February 2011 to be served on **Corey Debarros and John Does 2-10**, located at 1034 NE 128th St. Apt. B Apt 1 North Miami FL 33161.

I, Michael Carias, duty sworn, declare that on the 7th day of March 2011 at 8:45 PM, I **INDIVIDUALLY SERVED** this paper of process **SUMMONS IN A CIVIL ACTION** by leaving a copy at the within named person's usual place of residence.

The subject "Corey Debarros " was personally served. Description: African-American, male, approx. 35 years old, 5'10", 200lbs, and black hair.

I certify that I am over the age of 18, have no interest in the above case and endorse the date and time of said service.

_____
Michael Carias
Lic#: 1745
Proccess Server

Counter Intelligence Services
9 SW 13th Street Second Floor
Fort Lauderdale, FL 33315
954-764-7393

_____
NOTARY PUBLIC   (Signature & Seal)

Subscribed and Sworn to, before me on
7th day of March 2011

☑ Personally Known
☐ Provided ID_____

DARREN L. EPSTEIN
Comm# DD0753000
Expires 2/17/2012
Florida Notary Assn., Inc

Copyright © 2006 - 2011, Virtual Case Management, LLC