UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC d/b/a CORBIN FISHER<br><br>Plaintiff,<br><br>vs.<br><br>PORNILOVE.NET, "COREY," and JOHN DOES 3-1000<br><br>Defendants | Case No. 10-CV-1810-JLS-WMC<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE NAME OF COREY DEBARROS FOR "COREY" (ECF 16)** |

**THIS CAUSE** came before the Court on Plaintiff's Motion to Substitute the Name of Corey Debarros for Defendant "Corey" (hereinafter the Motion). The Court having considered the Motion and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is granted. The name "Corey Debarros" shall be substituted in for Defendant "Corey," the Court's docket and the case's ECF system shall be updated to reflect this change. Plaintiff shall be permitted to file a Second Amended Complaint without further request for leave for the limited purpose of substituting in "Corey Debarros" for Defendant "Corey."

**IT IS SO ORDERED.**

Dated: March 16, 2011

*Janis L. Sammartino*
Hon. Janis L. Sammartino
U.S. District Judge

1