Marc J. Randazza, Esq.,
SBN No. 269535
Randazza Legal Group
10620 Southern Highlands Pkwy #110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC d/b/a CORBIN FISHER<br><br>Plaintiff,<br><br>vs.<br><br>PORNILOVE.NET, COREY DEBARROS, and JOHN DOES 3-1000<br><br>Defendants | Case No. 10-CV-1810-JLS-WMC<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS PORNILOVE.NET AND COREY DEBARROS**<br><br>Hearing: October 13, 2011<br>Time: 1:30 p.m.<br>Courtroom: 6 |

1. Plaintiff Liberty Media Holdings, LLC respectfully moves for final judgment against defaulting Defendants Pornilove.net and Corey Debarros. Granting the requested relief will conclude this action. This motion is based upon the attached Memorandum of Points and Authorities and supporting declarations.

Date: July 22, 2011.

                                                  s/ Marc Randazza
Marc Randazza, SBN 269535
Randazza Legal Group
10620 Southern Highlands Pkwy #110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on July 22, 2011. A copy of this motion has been sent via US Mail to Corey Debarros and Pornilove.net.

Dated: July 22, 2011              Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
10620 Southern Highlands Pkwy #110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 (fax)
mjr@randazza.com