## Table of Exhibits

| Exhibit No. | Bates No. |
|---|---|
| 1 | LMH-001 |
| 2 | LMH-002 |
| 3 | LMH-004 |
| 4 | LMH-005 |
| 5 | LMH-006 |
| 6 | LMH-007 |
| 7 | LMH-008 |
| 8 | LMH-015 |
| 9 | LMH-029 |
| 10 | LMH-033 |
| 11 | LMH-037 |
| 12 | LMH-039 |
| 13 | LMH-040 |
| 14 | LMH-042 |
| 15 | LMH-086 |
| 16 | LMH-122 |
| 17 | LMH-125 |
| 18 | LMH-128 |