# Exhibit 1



# This blog has been archived or suspended for a violation of our Terms of Service.

You can create your own free blog on WordPress.com.