**Exhibit 16**



**GENERAL COUNSEL**
MARC J. RANDAZZA, ESQ.
T 619.866.5975 ▪ F 619.866.5976
marc@corbinfisher.com

Sent via Email
August 23, 2010

Corey
Ricky
Kyle Smith
Porn I Love
porniloveblogger@gmail.com
p.timecky@gmail.com
kyle33gp@yahoo.com
kyle3gp@gmail.com

    **Re:    Pornilove.net and Pornilove.org**

Dear Pornilove Operators:

I have the privilege of serving as general counsel to Liberty Media Holdings, LLC d/b/a Corbin Fisher ®. As you are most likely aware, we have been engaged in a lengthy process of shutting down your massive copyright infringement scheme. I must say, I have never encountered someone who has so persistently and brazenly continued to steal and distribute online content such as yourself. While our specific content did not appear in every version of your Pornilove blogs, we have documented the instances of our works where they appeared on your sites, and we have been sharing information about you and other infringements with the other studios whose works you have stolen. Among your blogs that we have documented are:

1) Piloveblog15.blogspot.com

2) Pilove.blog8.blogspot.com

3) Piloveblog5.blogspot.com

4) Piloveblog13.blogspot.com

5) Piloveblog3.blogspot.com

6) Iloveblog14.blogspot.com

7) Piloveblog10.blogspot.com

---

REPLY TO: 302 Washington St, Ste 321, San Diego, CA 92103 | Satellite Office: 405 S Dale Mabry Hwy, Ste 34(

LMH-122
Exhibit 16



**GENERAL COUNSEL**

8) Piloveblog9.blogspot.com

9) Piloveblog16.blogspot.com

10) Piloveblog7.blogspot.com,

11) pil1001.blogspot.com,

12) pil1002.blogspot.com,

13) pil1003.blogspot.com,

14) pil3000.blogspot.com,

15) pilblog1000.blogspot.com,

16) pil2000.blogspot.com,

17) hsrhseh.blogspot.com

18) men-2-2men.blogspot.com,

19) 4guys.nibblebit.com,

20) hotmen.posterous.com,

21) p-i-luv1.blogspot.com.

22) p-i-luv2.blogspot.com

23) gaygold.ucoz.net

24) gaylery.blogspot.com

We have been successful in working with Google, Facebook, Weebly, Inc., Posterous.com, Tumblr, Wordpress, Layered Technologies, Slicehost, Steadfast Networks, and Ucoz.com in order to have your sites shut down. We are now prepared to file a copyright infringement suit against you, and other companies are prepared to join in.

Given that you are quite an experienced intellectual property thief, I would guess that you are aware that such illegal activity carries a hefty fine in U.S. federal courts, up to $150,000 per infringement for willful infringers. Given the number of studios you ripped

2

Case 3:10-cv-01810-JLS-WMC   Document 27-19   Filed 07/22/11   PageID.256   Page 4 of 4



**GENERAL COUNSEL**

off, and the number of your sites that were shut down for infringing activity, proving your willfulness should be quite easy.

At this point in time, I believe you should tread very carefully, and consider that your cooperation with us is critical at this point in time.

First, I strongly recommend you find a new hobby, completely cease and desist your illegal enterprises, and take down any pornilove blogs which we are unaware of at this point.

Second, and most importantly, we request that you immediately transfer over the pornilove.net and pornilove.org domain names to us, along with any other permutations you may posses.

You have 24 hours to cooperate. How you respond to this letter will greatly affect the nature of our future dealings.

Sincerely,

*Marc J. Raff*

Marc J. Randazza, Esq.

3

LMH-124
Exhibit 16