**Exhibit 17**

> From: General Counsel <marc@corbinfisher.com>
> Subject: **Re: pornilove**
> Date: August 27, 2010 5:28:33 PM PDT
> To: Porn I Love <porniloveblogger@gmail.com>

Corey,

This is your last chance. I am completing the Federal lawsuit against you. I will file it on Monday morning. You may communicate with me over the weekend if you wish, but if you force my hand, I will file this action against you.

---

Marc J. Randazza, Esq.
General Counsel
Corbin Fisher / Liberty Media Holdings, LLC

302 Washington Street #321
San Diego, CA 92103

Ph: 619.866.5975
Fx: 619.866.5976


On Aug 27, 2010, at 8:09 AM, Porn I Love wrote:

> I'm just poor guy, I dont have such many money. I want to start some study ...
> The domain I transfered to you is valid for half year and it will
> bring you more traffic and could compensate most of your loses.
> Also I can show you some other sites with CorbinFisher videos.
>
> On 27/08/2010, General Counsel <marc@corbinfisher.com> wrote:
>> Okay, good.
>>
>> Well here's the situation: You cost this company alone more than
>> $20,000 in legal fees. That says nothing of what you cost them in
>> lost sales. And, that says nothing about what you cost all my other
>> clients.
>>
>> The fact is, you are going to need to write a check. Give me a call,
>> or present a *reasonable* offer, and we'll discuss whether it is
>> adequate.
>>
>>
>>
>> On Aug 27, 2010, at 5:31 AM, Porn I Love wrote:
>>
>>> Ofcourse, I want to settle this case without you filing a lawsuit.
>>>
>>> On 26/08/2010, General Counsel <marc@corbinfisher.com> wrote:
>>>> Well that's a shame. That is going to make settlement of this case a
>>>> little more challenging.
>>>>
>>>> So answer this question for me: Do you prefer to settle this case
>>>> without us filing a lawsuit, or do you want us to file the lawsuit

and
drag you through the court system?

It is up to you.

On Aug 26, 2010, at 12:18 AM, Porn I Love wrote:

> sorry for late answer. I just copyed and pasted links and my hotfile account has already been blocked and I dont have rapidshare account anymore. You told me to stop it and find a hobby so all accounts are inactive.
>
> On 26/08/2010, General Counsel <marc@corbinfisher.com> wrote:
>> ok, we've got it.
>>
>> So, next order of business. Would you like to settle the lawsuit before we file it against you? Or do you want to do it the hard way?

Marc J. Randazza, Esq.
General Counsel
Corbin Fisher / Liberty Media Holdings, LLC

302 Washington Street #321
San Diego, CA 92103

Ph: 619.866.5975
Fx: 619.866.5976

LMH-126
Exhibit 17

From: General Counsel <marc@corbinfisher.com>
Subject: **Pornilove Lawsuit**
Date: August 31, 2010 1:23:00 PM PDT
To: Porn I Love <porniloveblogger@gmail.com>
 1 Attachment, 350 KB

Lawsuit filed today.  Congratulations.

W7IDFe-sho...l.pdf (350 KB)

LMH-127
Exhibit 17