**Exhibit 19**

**RANDAZZA LEGAL GROUP**

Welcome **Eric Gapp**
Feedback | Help | Messages | Log Out

Dashboard | Clients | Matters | Time/Expenses | Scheduling | Invoicing | Reports | Accounting

Matter Management   Matter Details                                           Search: [          ]

# Matter: Pornilove

[ Unsubscribe ]   [ Edit Matter ]   [ Print ]

| | | | |
|---|---|---|---|
| Matter Created: | 4/14/2010 – 12:45 PM | Matter Status: | Open |
| Matter Age: | 464 Days 2 Hrs 18 Mins | Matter Assigned To: | Marc J Randazza |
| Matter ID: | 22.044 | Type: | Copyright – Litigation |
| Client: | 1. Corbin Fisher – MJR ONLY | Billing Method: | Hourly |
| Matter Name: | Pornilove | Billing Frequency: | Bill regularly |
| Client Contact: | | Created By: | Eric Gapp |
| Account Manager: | Marc J Randazza | | |

**Work History** | Files | Expenses | Schedule | Subscribers | Contacts | Accounting | Trust Account

[ Add Note ]   [ Add Time ]

Total Billable Hours: 154.40        ☑ Matter Events
Total Labor Hours: 154.40           ☑ Notes
                                    ☑ Work Entries

| Type | User | Description | Date |
|---|---|---|---|
| Work Entry | Marc Randazza | finalize motion for default.<br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 07/19/2011 12:00 AM |
| Work Entry | Marc Randazza | review file for compliance with orders and collections.<br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 07/09/2011 4:13 PM |
| Work Entry | Eric Gapp | Draft Gapp declaration in support of motion for default judgment; Revise memorandum; Review evidence file and copyright certificates and prepare exhibits<br>Travel Time: **0.00**\| Attorney Time Time: **4.50**\| Billable Time: **4.50** | 05/27/2011 2:30 PM |
| Work Entry | Eric Gapp | Prepare exhibits and revise motion for default judgment<br>Travel Time: **0.00**\| Attorney Time Time: **2.50**\| Billable Time: **2.50** | 05/26/2011 4:58 PM |
| Work Entry | Eric Gapp | Prepare exhibits for motion for default judgment<br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 05/19/2011 3:36 PM |
| Work Entry | Marc Randazza | Finalize motion for default.<br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 05/16/2011 12:00 AM |
| Work Entry | Eric Gapp | Review court docket and update case file with recent filings; Review evidence file and begin drafting motion for default judgment<br>Travel Time: **0.00**\| Attorney Time Time: **4.40**\| Billable Time: **4.40** | 05/06/2011 1:14 PM |
| Work Entry | Eric Gapp | File Request for Entry of Clerk's Default | 05/04/2011 |

| | | | |
|---|---|---|---|
| Work Entry | Eric Gapp | Travel Time: **0.00**| Attorney Time Time: **0.50**| Billable Time: **0.50** | 12:48 PM |
| Work Entry | Marc Randazza | Motion for default<br><br>Travel Time: **0.00**| Attorney Time Time: **0.50**| Billable Time: **0.50** | 04/27/2011<br>12:00 AM |
| Work Entry | Eric Gapp | Prepare motion for entry of default<br><br>Travel Time: **0.00**| Attorney Time Time: **0.50**| Billable Time: **0.50** | 04/25/2011<br>10:27 AM |
| Work Entry | Marc Randazza | Exchange emails with Phil Bleicher regarding Debarros.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 04/22/2011<br>12:00 AM |
| Work Entry | Marc Randazza | Review of file regarding default and meeting regarding same.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 04/15/2011<br>12:00 AM |
| Work Entry | Marc Randazza | Calls to Debarros.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.30**| Billable Time: **0.30** | 04/05/2011<br>12:00 AM |
| Work Entry | Eric Gapp | Review incoming letter from server; Scan new proofs of service to file and file with court; Update case calendar for answer due date<br><br>Travel Time: **0.00**| Attorney Time Time: **0.50**| Billable Time: **0.50** | 03/28/2011<br>12:00 AM |
| Work Entry | Eric Gapp | Review incoming POS from server; Review docket for dates of originals<br><br>Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 03/25/2011<br>3:05 PM |
| Work Entry | Marc Randazza | Research on defendant. In office meeting regarding case progress.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.50**| Billable Time: **0.50** | 03/25/2011<br>12:00 AM |
| Work Entry | Marc Randazza | Review reports from Darren Epstein. Review of Pornilove materials for pursuit of case and possible collections.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.30**| Billable Time: **0.30** | 03/23/2011<br>12:00 AM |
| Work Entry | Marc Randazza | Phone call with porn guardian regarding Corey Debarros.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.30**| Billable Time: **0.30** | 03/17/2011<br>6:15 PM |
| Work Entry | Eric Gapp | Review ECF notifications and update case file; Prepare new summons; Email to process server re: new service<br><br>Travel Time: **0.00**| Attorney Time Time: **0.60**| Billable Time: **0.60** | 03/17/2011<br>12:00 AM |
| Work Entry | Marc Randazza | Review of new service and issuance by court.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.50**| Billable Time: **0.50** | 03/17/2011<br>12:00 AM |
| Work Entry | Marc Randazza | Drafting letter to Debarros. Review of Debarros file. Review of Debarros press.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.40**| Billable Time: **0.40** | 03/16/2011<br>3:47 PM |
| Work Entry | Marc Randazza | Review of order. Drafting amended complaint. Sharing information with allied companies.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.70**| Billable Time: **0.70** | 03/16/2011<br>1:59 PM |
| Work | | Review court order and update file; Prepare Second Amended Complaint | 03/16/2011 |

| Work Entry | Eric Gapp | Review court order and update file; Prepare Second Amended Complaint<br>Travel Time: **0.00**\| Attorney Time Time: **0.70**\| Billable Time: **0.70** | 03/15/2011<br>10:33 AM |
|---|---|---|---|
| Work Entry | Marc Randazza | Set strategy re Debarros. Review of order. Revise proposed order.<br>Travel Time: **0.00**\| Attorney Time Time: **0.40**\| Billable Time: **0.40** | 03/15/2011<br>2:05 PM |
| Work Entry | Eric Gapp | Review case file; Update mirror image of docket with recent filings; Phone call with court clerk; Preapre Order<br>Travel Time: **0.00**\| Attorney Time Time: **1.10**\| Billable Time: **1.10** | 03/15/2011<br>1:08 PM |
| Work Entry | Eric Gapp | Review incoming package from process server; File returns of serve for Corey and Pornilove.net; update file<br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 03/11/2011<br>4:12 PM |
| Work Entry | Marc Randazza | Review of service documents. Research on Corey Debarros. Review of defaulting paperwork in anticipation of default.<br>Travel Time: **0.00**\| Attorney Time Time: **0.40**\| Billable Time: **0.40** | 03/11/2011<br>12:00 AM |
| Work Entry | Eric Gapp | Review email re: service; Discuss case status with MJR<br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 03/08/2011<br>9:54 AM |
| Work Entry | Marc Randazza | Review of reports from techs and reports from process server.<br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 03/08/2011<br>12:00 AM |
| Work Entry | Marc Randazza | Review of reports from process server. Review of evidence of identity of defendant.<br>Travel Time: **0.00**\| Attorney Time Time: **0.60**\| Billable Time: **0.60** | 03/07/2011<br>12:00 AM |
| Work Entry | Eric Gapp | Motion to Substitute Name; File and serve<br>Travel Time: **0.00**\| Attorney Time Time: **1.80**\| Billable Time: **1.80** | 03/04/2011<br>6:42 PM |
| Work Entry | Eric Gapp | Prepare letter to all studios re: Corey Debarros<br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 03/04/2011<br>12:49 PM |
| Work Entry | Eric Gapp | Phone call to Comcast re: subpoena response; Ichat with MJR; Review comcast subpoena response and update case file; Phone call to process server; Prepare summons; Prepare email attaching docs for service to process server<br>Travel Time: **0.00**\| Attorney Time Time: **1.00**\| Billable Time: **1.00** | 03/04/2011<br>11:23 AM |
| Work Entry | Marc Randazza | Receipt and review of discovery on Corey and research concerning him. Drafting motion to augment name. Internal meetings and emails with outside parties on research.<br>Travel Time: **0.00**\| Attorney Time Time: **3.00**\| Billable Time: **3.00** | 03/04/2011<br>12:00 AM |
| Work Entry | Marc Randazza | Review of discovery provided. Review of emails regarding suspect.<br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 02/15/2011<br>12:00 AM |
| Work Entry | Eric Gapp | Prepare 3rd Motion for Early Discovery and file<br>Travel Time: **0.00**\| Attorney Time Time: **0.70**\| Billable Time: **0.70** | 02/11/2011<br>5:53 PM |
| Work Entry | Eric Gapp | Pull info from Atlantic Broadband subpoena response | 02/11/2011 |

| Work Entry | Eric Gapp | Travel Time: **0.00**\| Attorney Time Time: **0.10**\| Billable Time: **0.10** | 11:01 AM |
|---|---|---|---|
| Work Entry | Eric Gapp | Prepare summons as to Corey; Prepare service pack for Darren; Email with instructions<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 02/10/2011<br>2:37 PM |
| Work Entry | Eric Gapp | Review subpoena response from Atlantic Broadband and discuss with MJR; Draft Third Motion for Early Discovery; Phone call and email to Darren Epstein re: service order<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.70**\| Billable Time: **0.70** | 02/10/2011<br>1:29 PM |
| Work Entry | Marc Randazza | Receipt and review of discovery responses from ISP. research concerning potential defendants Jennifer Arias-Marquez and Corey Debaro<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.00**\| Billable Time: **1.00** | 02/10/2011<br>12:00 AM |
| Work Entry | Marc Randazza | Drafting motion for early discovery relevant to Jennifer Aria-Marquez and Corey Debarro.<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.30**\| Billable Time: **1.30** | 02/10/2011<br>12:00 AM |
| Work Entry | Eric Gapp | Update subpoenas and proofs of service to atlantic broadband and tmobile; Scan; Fax and email with court order<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.40**\| Billable Time: **0.40** | 02/03/2011<br>3:15 PM |
| Work Entry | Eric Gapp | Review Court Order Granting 2nd Mtn for Early Discovery and update case file; Prepare subpoena packs to Tmobile and Atlantic Broadband<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 02/02/2011<br>9:56 AM |
| Work Entry | Marc Randazza | Receipt and review of order granting motion for immediate discovery. Set strategy regarding eliminating need for successive motions for early discovery.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.80**\| Billable Time: **0.80** | 02/02/2011<br>12:00 AM |
| Work Entry | Eric Gapp | Phone call with Magistrate Judge's chambers re: amended motion for early discovery<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 01/31/2011<br>3:04 PM |
| Work Entry | Marc Randazza | Review file for subpoena responses.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 01/31/2011<br>12:21 PM |
| Work Entry | Eric Gapp | Review email from ecommerce; Phone call to Kevin Vancoder; Review subpoena records and spreadhseet of IP addresses from google; Follow up email to Kevin re: porniloveblogger@gmail.com email address<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 01/28/2011<br>9:49 AM |
| Work Entry | Marc Randazza | Review and analyze file for motion for alternate service results.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 01/26/2011<br>12:00 AM |
| Work Entry | Marc Randazza | Drafting letter to Rogers Wireless.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.40**\| Billable Time: **0.40** | 01/25/2011<br>9:36 AM |
| Work Entry | Eric Gapp | Update subpoena to Comcast, proof of service; Draft cover letter; Update case file; Coordinate service<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 01/21/2011<br>12:40 PM |
| Work Entry | Eric Gapp | Update notice of dismissal, Scan documents to file; Prepare certificate of service; E-File docs | 01/21/2011 |

| | | | |
|---|---|---|---|
| Work Entry | Eric Gapp | Travel Time: **0.00**\| Attorney Time Time: **0.60**\| Billable Time: **0.60** | 12:29 PM |
| Work Entry | Eric Gapp | Review order granting motion for discovery; Review case file; Email exchange with MJR re: same; Prepare subpoena and order packet to Comcast<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.20**\| Billable Time: **1.20** | 01/21/2011<br>10:40 AM |
| Work Entry | Eric Gapp | Revise Amended Motion for Discovery and file<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 01/06/2011<br>4:36 PM |
| Work Entry | Eric Gapp | Revise Amended Motion for Early Discovery; Serve subpoenas<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.90**\| Billable Time: **0.90** | 01/06/2011<br>9:49 AM |
| Work Entry | Marc Randazza | Review and revise motion for discovery<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 01/06/2011<br>12:00 AM |
| Work Entry | Eric Gapp | Prepare amended motion for alt service; Prepare subpoenas<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.10**\| Billable Time: **1.10** | 01/05/2011<br>6:26 PM |
| Work Entry | Marc Randazza | Receipt and review and analyze yahoo subpoena. Direction of motion practice for motion for early discovery and other subpoenas.<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.00**\| Billable Time: **1.00** | 01/05/2011<br>4:53 PM |
| Work Entry | Eric Gapp | Review subpoena response from Yahoo; Discuss with MJR; Discuss motion for early discovery; Phone call to district judge and magistrate judge re: status of previous motion<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.40**\| Billable Time: **0.40** | 01/05/2011<br>4:50 PM |
| Work Entry | Eric Gapp | File maintenance<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 12/30/2010<br>11:12 AM |
| Work Entry | Eric Gapp | Draft dismissal<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 12/29/2010<br>2:17 PM |
| Work Entry | Eric Gapp | Prepare Motion for Extension; Prepare dismissal docs re Anwar Ogiste; Discuss with MJR and file; Fax to opposing counsel<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 12/22/2010<br>5:58 PM |
| Work Entry | Eric Gapp | Discuss case with MJR; Review subpoena to Ecommerce and pull additional info from Google Subpoena resp[onse; Email re same<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 12/14/2010<br>12:55 PM |
| Work Entry | Eric Gapp | Review IP address spreadsheet and discuss with MJR<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 12/10/2010<br>8:33 AM |
| Work Entry | Marc Randazza | Phone call with Ogiste's attorney re: merits of case and potential settlement<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 12/01/2010<br>12:00 AM |
| Work | Eric Gapp | Review letter re: subpoena service; review case file | 11/29/2010 |

| | | | |
|---|---|---|---|
| Work Entry | Eric Gapp | Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 9:38 AM |
| Work Entry | Marc Randazza | Phone call with subpoena recipient.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 11/23/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Phone call with Ecommerce subpoena recipient. Review of file.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.40**| Billable Time: **0.40** | 11/22/2010<br>3:56 PM |
| Work Entry | Eric Gapp | Phone calls with Yahoo paralegal re: clarification of items on subpoena; Additional phone calls re same<br><br>Travel Time: **0.00**| Attorney Time Time: **0.40**| Billable Time: **0.40** | 11/19/2010<br>10:59 AM |
| Work Entry | Marc Randazza | Phone call with Ogiste.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.10**| Billable Time: **0.10** | 11/17/2010<br>4:45 PM |
| Work Entry | Eric Gapp | Phone call with Yahoo subpoena compliance paralegal; Review subpoena; Update attachment and prepare for overnight delivery; Prepare cover letter<br><br>Travel Time: **0.00**| Attorney Time Time: **0.40**| Billable Time: **0.40** | 11/17/2010<br>11:49 AM |
| Work Entry | Eric Gapp | Voicemail to Svetlana at Yahoo re: subpoena<br><br>Travel Time: **0.00**| Attorney Time Time: **0.10**| Billable Time: **0.10** | 11/17/2010<br>9:39 AM |
| Work Entry | Marc Randazza | IOC regarding Ogiste and extension and evidentiary burden. Research regarding same.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 11/17/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Review subpoena response from Ecommerce; Review case file; Email to MJR re same<br><br>Travel Time: **0.00**| Attorney Time Time: **0.30**| Billable Time: **0.30** | 11/16/2010<br>11:52 AM |
| Work Entry | Marc Randazza | Phone call with subpoena respondent. Receipt and review of subpoena respondent documentation. IOC regarding same. Exchange emails regarding same. Investigation into subpoena details for compliance facilitiation.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.40**| Billable Time: **0.40** | 11/16/2010<br>10:22 AM |
| Work Entry | Eric Gapp | Revise motion to extend time, prepare exhibits; File with court; Email to defendant; Update calendar and case file<br><br>Travel Time: **0.00**| Attorney Time Time: **1.00**| Billable Time: **1.00** | 11/15/2010<br>2:10 PM |
| Work Entry | Eric Gapp | Motion for extension of time<br><br>Travel Time: **0.00**| Attorney Time Time: **0.70**| Billable Time: **0.70** | 11/12/2010<br>12:51 PM |
| Work Entry | Marc Randazza | Exchange emails with Flavaworks regarding IP addresses. Review of renewed PIL website.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.80**| Billable Time: **0.80** | 11/12/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Phone call to court clerk re: filing of return of service; Update filing with court<br><br>Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 11/08/2010<br>11:54 AM |
| Work Entry | Eric Gapp | Review email from process server and update case file with Return of Service; File with court | 11/08/2010<br>10:12 AM |

| | | | |
|---|---|---|---|
| | | Travel Time: **0.00**\| Attorney Time Time: **0.40**\| Billable Time: **0.40** | |
| Work Entry | Eric Gapp | Prepare additional subpoenas to Yahoo<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.60**\| Billable Time: **0.60** | 11/03/2010<br>10:57 AM |
| Work Entry | Marc Randazza | Receipt and review of intel from flavaworks. Research concerning defendant and production of subpoenas to yahoo.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.90**\| Billable Time: **0.90** | 11/03/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Preparation for all with Anwar Ogiste attorney. Research concerning Mr. Ogiste. Tel call with Ogiste attorney at McDermott Will and Emery.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.60**\| Billable Time: **0.60** | 11/03/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Review email from process server; Forward to MJR, Update case file and calendar answer due date<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.10**\| Billable Time: **0.10** | 11/01/2010<br>9:52 AM |
| Work Entry | Marc Randazza | Receipt and review of correspondence from Google regarding Porn-I-Luv blog.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 11/01/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Coordinate service of complaint and summons on Anwar "AJ" Ogiste<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 10/28/2010<br>10:06 AM |
| Work Entry | Marc Randazza | Drafting amended complaint to include defendant in Maryland. Research concerning takedowns and hotfile repeat infringer.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 10/28/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Draft Amended Complaint; Prepare Summons for Anwar Ogiste; File documents with court and review service options with Onelegal; Draft Motion for Immediate Discovery; File with Court<br><br>Travel Time: **0.00**\| Attorney Time Time: **2.40**\| Billable Time: **2.40** | 10/27/2010<br>4:39 PM |
| Work Entry | Marc Randazza | In office meeting with EWG regarding pornilove defendant.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 10/27/2010<br>1:57 PM |
| Work Entry | Eric Gapp | Prepare and mail subpoena to Yahoo re: pornilove yahoo group<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 10/27/2010<br>10:13 AM |
| Work Entry | Eric Gapp | Review new info on pornilove operator; Review pornilove blog site and add new evidence<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 10/27/2010<br>10:12 AM |
| Work Entry | Marc Randazza | Research concerning potential defendant – Anwar Jammel Ogiste. Review of IP address. Tel call to AJ Ogiste. Exchange emails with Phil Bleicher regarding AJO. Research on AJO assets.<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.00**\| Billable Time: **1.00** | 10/27/2010<br>8:14 AM |
| Work Entry | Eric Gapp | Letter to Planet Tech re subpoena<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.10**\| Billable Time: **0.10** | 10/22/2010<br>5:59 PM |
| Work Entry | Marc Randazza | Review of file and drafting subpoenas. | 10/22/2010<br>12:00 AM |