| | | | |
|---|---|---|---|
| | | Travel Time: **0.00**| Attorney Time Time: **0.40**| Billable Time: **0.40** | |
| Work Entry | Eric Gapp | Review yahoo groups for Corey and Pornilove; Update evidence files; Prepare subpoena to Pornilove; Discuss with MJR; Review Google's response to subpoena; Review spreadsheet of IP addresses and discuss subpoena to Planet Technologies with MJR; Prepare letter to Planet Technologies re: subpoena<br><br>Travel Time: **0.00**| Attorney Time Time: **1.30**| Billable Time: **1.30** | 10/21/2010 5:12 PM |
| Work Entry | Marc Randazza | Research on new incarnation of Pornilove. Review of infringements and documentation of same. Instructions to EWG for subpoenas. Review of yahoo group. Research concerning potential locations of defendant. Tel call with Planet Technologies. Instructions to EWG regarding content of letter to Planet.<br><br>Travel Time: **0.00**| Attorney Time Time: **2.30**| Billable Time: **2.30** | 10/21/2010 4:27 PM |
| Work Entry | Eric Gapp | Update DMCA notice and fax<br><br>Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 10/21/2010 12:11 PM |
| Work Entry | Eric Gapp | Update DMCA notice and prep for MJR review<br><br>Travel Time: **0.00**| Attorney Time Time: **0.10**| Billable Time: **0.10** | 10/20/2010 9:53 AM |
| Work Entry | Eric Gapp | Continue documenting infringments and prepare longform DMCA notice<br><br>Travel Time: **0.00**| Attorney Time Time: **1.80**| Billable Time: **1.80** | 10/19/2010 4:59 PM |
| Work Entry | Eric Gapp | Review porn-i-luv.blogspot.com and document infringements<br><br>Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 10/19/2010 10:58 AM |
| Work Entry | Eric Gapp | Finalize subpoenas regarding IP addresses, prepare proofs of service, and prepare for mailing<br><br>Travel Time: **0.00**| Attorney Time Time: **0.70**| Billable Time: **0.70** | 10/18/2010 3:18 PM |
| Work Entry | Eric Gapp | Prepare pornilove subpoenas<br><br>Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 10/14/2010 6:48 PM |
| Work Entry | Eric Gapp | Review of responsive documents from google; Update spreadsheet of IP addresses; Online research re: contact info for ISPs; Prepare subpoenas to Cogswell Enterprises, Comcast, East & West, Ecommerce, Eircom, Hostdime, Kaplan Higher Education Corp, Planet Technologies, Play Mobile, and Steadfast Networks<br><br>Travel Time: **0.00**| Attorney Time Time: **4.50**| Billable Time: **4.50** | 10/06/2010 12:31 PM |
| Work Entry | Eric Gapp | Review of subpoena responses and preparation of spreadsheet re: IP and ISP info<br><br>Travel Time: **0.00**| Attorney Time Time: **0.70**| Billable Time: **0.70** | 10/05/2010 10:29 AM |
| Work Entry | Eric Gapp | Review google response to subpoena; Begin preparation of spreadsheet of all info for use with follow-up subpoenas; Discuss with MJR<br><br>Travel Time: **0.00**| Attorney Time Time: **2.90**| Billable Time: **2.90** | 10/04/2010 10:59 AM |
| Work Entry | Marc Randazza | Email exchange with Flavaworks regarding intelligence on Pornilove blogger.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.40**| Billable Time: **0.40** | 10/04/2010 9:38 AM |
| Work Entry | Marc Randazza | Receipt and review of subpoena response from Google and research concerning ISPs used by pornilove blogger. IM session with EWG regarding same.<br><br>Travel Time: **0.00**| Attorney Time Time: **1.10**| Billable Time: **1.10** | 10/04/2010 9:04 AM |

| | | | |
|---|---|---|---|
| Work Entry | Eric Gapp | Update facebook subpoena; Scan to file; Coordinate service with Onelegal<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.10**\| Billable Time: **0.10** | 09/21/2010<br>10:46 AM |
| Work Entry | Eric Gapp | Prepare subpoena to facebook<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 09/20/2010<br>11:15 AM |
| Work Entry | Marc Randazza | Drafting and editing PR.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 09/14/2010<br>9:52 AM |
| Work Entry | Eric Gapp | Review response to subpoena from Layered Tech<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 09/13/2010<br>9:24 AM |
| Work Entry | Marc Randazza | Receipt and review of subpoena response from Rackspace.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 09/13/2010<br>12:00 AM |
| Work Entry | Marc Randazza | edits and revisions to PR.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 09/11/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Phone call with Maureen Mulligan re: pornilove/posterous subpoena<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 09/09/2010<br>12:51 PM |
| Work Entry | Eric Gapp | Research re: pornilove blogger identity after review of steadfast subpoena response<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 09/08/2010<br>3:08 PM |
| Work Entry | Marc Randazza | Drafting reward release and research concerning IP addresses as provided by enom.<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.50**\| Billable Time: **1.50** | 09/07/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Coordinate delivery of subpoenas on 9 recipients.<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.10**\| Billable Time: **1.10** | 09/01/2010<br>12:27 PM |
| Work Entry | Marc Randazza | Generation of subpoenas and discussions with EWG regarding subpoena strategy. Telephonic negotiation with subpoena recipient.<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.20**\| Billable Time: **1.20** | 09/01/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Prepare subpoenas; Table of recipients; Research re location for service<br><br>Travel Time: **0.00**\| Attorney Time Time: **2.90**\| Billable Time: **2.90** | 08/31/2010<br>3:15 PM |
| Work Entry | Eric Gapp | Travel to/from court; File complaint<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 08/31/2010<br>11:08 AM |
| Work Entry | Marc Randazza | Review of subpoenas and drafting and issuing subpoenas.<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.00**\| Billable Time: **1.00** | 08/31/2010<br>12:00 AM |
| Work Entry | Marc Randazza | finalize complaint and subpoena issuance regarding web host companies.<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.60**\| Billable Time: **1.60** | 08/30/2010<br>3:21 PM |

| | | | |
|---|---|---|---|
| Work Entry | Eric Gapp | Prepare complaint for filing; Coordinate with Chip re: press release; Review file with Chip<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 08/30/2010<br>11:04 AM |
| Work Entry | Eric Gapp | Prepare complaint<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 08/27/2010<br>6:07 PM |
| Work Entry | Eric Gapp | Prepare subpoena re pornilove.net<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.70**\| Billable Time: **0.70** | 08/27/2010<br>11:25 AM |
| Work Entry | Marc Randazza | Exchange emails with defendant.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 08/27/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Drafting and editing initial complaint.<br><br>Travel Time: **0.00**\| Attorney Time Time: **2.00**\| Billable Time: **2.00** | 08/27/2010<br>12:00 AM |
| Work Entry | Marc Randazza | In office meeting regarding complaint to be filed against Corey. Exchange emails with Corey.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 08/26/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Research on defendant. Communication with defendant. Negotiation with defendant. Communication with registrar. Adjustment of and seizure of domain. Communication with staff.<br><br>Travel Time: **0.00**\| Attorney Time Time: **2.20**\| Billable Time: **2.20** | 08/25/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Review pornilove sites; Update evidence files; review subpoena responses, draft letter to pornilove operator<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.80**\| Billable Time: **0.80** | 08/23/2010<br>11:56 AM |
| Work Entry | Marc Randazza | Review pornilove sites; Draft letter to pornilove operator and discuss case status with EWG<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 08/23/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Prepare letters to Steadfast Networks and Ucoz, as well as adult studios re latest pornilove blog.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.70**\| Billable Time: **0.70** | 08/20/2010<br>6:14 PM |
| Work Entry | Eric Gapp | Review Pornilove sites<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 08/19/2010<br>10:26 AM |
| Work Entry | Eric Gapp | Prepare DMCA notice to Google re: p-i-luv2.blogspot.com<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 08/18/2010<br>6:24 PM |
| Work Entry | Eric Gapp | Letter to ucoz.com<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 08/18/2010<br>4:34 PM |
| Work Entry | Eric Gapp | Review and organize Pornilove files; Prepare email to Lucas Entertainment enclosing investigative files<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.60**\| Billable Time: **0.60** | 08/18/2010<br>10:33 AM |
| Work Entry | Eric Gapp | Update DMCA notice and fax to Google | 08/18/2010<br>9:57 AM |

| | | | |
|---|---|---|---|
| | | Travel Time: **0.00**| Attorney Time Time: **0.10**| Billable Time: **0.10** | |
| Work Entry | Marc Randazza | Pursuing and researching infringements<br><br>Travel Time: **0.00**| Attorney Time Time: **1.00**| Billable Time: **1.00** | 08/18/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Review new blog site; Update case file with new evidence; Prepare DMCA notice to google; Discuss with MJR<br><br>Travel Time: **0.00**| Attorney Time Time: **0.60**| Billable Time: **0.60** | 08/17/2010<br>12:19 PM |
| Work Entry | Marc Randazza | Pursuing pornilove infringement.<br><br>Travel Time: **0.00**| Attorney Time Time: **2.00**| Billable Time: **2.00** | 08/17/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Review of PIL for new infringements and set strategy for week to hammer PIL. Exchange messages with Kink counsel regarding same. Tel call with RK counsel regarding same.<br><br>Travel Time: **0.00**| Attorney Time Time: **1.00**| Billable Time: **1.00** | 08/16/2010<br>10:26 AM |
| Work Entry | Marc Randazza | Pursuit and drafting. Receipt and review and analysis of discovery/subpoena package. Meeting regarding same.<br><br>Travel Time: **0.00**| Attorney Time Time: **2.00**| Billable Time: **2.00** | 08/16/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Multiple exchanges pursuing Pornilove user<br><br>Travel Time: **0.00**| Attorney Time Time: **2.00**| Billable Time: **2.00** | 08/15/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Exchange emails with posterous and review file for dmca compliance. Exchange emails with JAF to open second front on case.<br><br>Travel Time: **0.00**| Attorney Time Time: **1.00**| Billable Time: **1.00** | 08/14/2010<br>12:28 PM |
| Work Entry | Eric Gapp | Update letter to Private Systems Network re: pornilove and plublogs directory; Letters to PLUblogs, letters to all studios, letter to Posterous<br><br>Travel Time: **0.00**| Attorney Time Time: **1.30**| Billable Time: **1.30** | 08/13/2010<br>3:37 PM |
| Work Entry | Marc Randazza | Review of infringements and coordination of assault on service providers. Coordination of 30 plus letters regarding same on behalf of other studios sent by JAF.<br><br>Travel Time: **0.00**| Attorney Time Time: **1.50**| Billable Time: **1.50** | 08/13/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Prepare letter to all studios re: Posterous; Prepare response letter to Posterous<br><br>Travel Time: **0.00**| Attorney Time Time: **1.00**| Billable Time: **1.00** | 08/12/2010<br>3:56 PM |
| Work Entry | Marc Randazza | Research concerning new piracy site. Research into multiple web hosts and drafting multiple letters informing hosts and colleague companies of issues.<br><br>Travel Time: **0.00**| Attorney Time Time: **3.50**| Billable Time: **3.50** | 08/12/2010<br>3:27 PM |
| Work Entry | Eric Gapp | Prepare letter to PrivateSystems Networks and PLUblogs re: directory of theft websites including pornilove<br><br>Travel Time: **0.00**| Attorney Time Time: **0.40**| Billable Time: **0.40** | 08/12/2010<br>1:12 PM |
| Work Entry | Eric Gapp | Review hotmen.posterous.com; Prepare appendix of all infringements; Prepare letter to all studios re: Layered Tech<br><br>Travel Time: **0.00**| Attorney Time Time: **2.20**| Billable Time: **2.20** | 08/12/2010<br>12:50 PM |

| | | | |
|---|---|---|---|
| Work Entry | Eric Gapp | Prepare letter to Posterous re: hotmen.posterous.com; Letter to Slicehost re: hotmen.posterous.com; Prepare response letter to Layered Tech re: pornilove.net<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.00**\| Billable Time: **1.00** | 08/12/2010<br>10:43 AM |
| Work Entry | Eric Gapp | Review subpoenas; Review whois info for pornilove.net; Prepare subpoena to Layered Tech<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 08/11/2010<br>3:02 PM |
| Work Entry | Eric Gapp | Update letter to Layered Tech and Wordpress re: pornilove.net; Email<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 08/11/2010<br>8:27 AM |
| Work Entry | Marc Randazza | Research concerning new infringements by PIL.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 08/11/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Policing copyright infringement by pornilove.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 08/10/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Review of PIL site and corresp to nibblebit.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 08/10/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Reviewing new blog and composing DMCA takedown email to service provider.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 08/09/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Reviewing new blog and composing DMCA takedown email to service provider.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 08/08/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Reviewing new blog and composing DMCA takedown email to service provider.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 08/07/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Reviewing new blog and composing DMCA takedown email to service provider.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 08/06/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Reviewing new blog and composing DMCA takedown email to service provider.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 08/05/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Prepare letter to Layered Tech and Wordpress re: pornilove<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 08/04/2010<br>3:25 PM |
| Work Entry | Marc Randazza | research concerning continued infringements.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 08/04/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Reviewing new blog and composing DMCA takedown email to service provider.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 08/04/2010<br>12:00 AM |
| Work Entry | Marc Randazza | Receipt and review of google subpoena response. Exchange emails with nibblebit. Research concerning ongoing infringement. | 08/03/2010<br>4:55 PM |

| | | | |
|---|---|---|---|
| | | Travel Time: **0.00**| Attorney Time Time: **1.10**| Billable Time: **1.10** | |
| Work Entry | Marc Randazza | Research concerning NEW Pornilove site on Nibblebit and emails to other webmasters re same.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.60**| Billable Time: **0.60** | 08/01/2010<br>11:29 AM |
| Work Entry | Eric Gapp | Prepare complaint<br><br>Travel Time: **0.00**| Attorney Time Time: **0.60**| Billable Time: **0.60** | 07/27/2010<br>10:42 AM |
| Work Entry | Eric Gapp | Update evidence files with new infringements. Prepare DMCA notice to Google<br><br>Travel Time: **0.00**| Attorney Time Time: **0.70**| Billable Time: **0.70** | 07/27/2010<br>10:06 AM |
| Work Entry | Marc Randazza | Review of documentation of more infringements. Exchange emails with J. Lanshe and G. Sperlein regarding infringement on their clients. Email to JG regarding Belami. Exchange emails with Red Apple and with Lanshe regarding coordinated efforts. Filing DMCA notice with Google on Pornilove's new blog.<br><br>Travel Time: **0.00**| Attorney Time Time: **1.00**| Billable Time: **1.00** | 07/27/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Review pornilove.org and .net; Update letter to all studios with new Men2Men site information; Prepare enclosures; Email to all studios<br><br>Travel Time: **0.00**| Attorney Time Time: **0.90**| Billable Time: **0.90** | 07/26/2010<br>11:02 AM |
| Work Entry | Eric Gapp | Revise letter to all studios; Email to Jason re: same<br><br>Travel Time: **0.00**| Attorney Time Time: **0.40**| Billable Time: **0.40** | 07/23/2010<br>10:24 AM |
| Work Entry | Marc Randazza | Finalize letter to other studios.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 07/23/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Letter to Tumblr<br><br>Travel Time: **0.00**| Attorney Time Time: **0.30**| Billable Time: **0.30** | 07/22/2010<br>6:32 PM |
| Work Entry | Eric Gapp | Further revision of letter to all studios; Online research for contact information for all studios<br><br>Travel Time: **0.00**| Attorney Time Time: **2.00**| Billable Time: **2.00** | 07/22/2010<br>3:54 PM |
| Work Entry | Eric Gapp | Review response from Enom to subpoena<br><br>Travel Time: **0.00**| Attorney Time Time: **0.20**| Billable Time: **0.20** | 07/22/2010<br>2:10 PM |
| Work Entry | Marc Randazza | Review and revise correspondence to all adult studios regarding Pornilove.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.30**| Billable Time: **0.30** | 07/22/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Further revision of letter to all studios<br><br>Travel Time: **0.00**| Attorney Time Time: **0.10**| Billable Time: **0.10** | 07/20/2010<br>11:07 AM |
| Work Entry | Marc Randazza | Research concerning new location of pornilove site and drafting letter regarding same.<br><br>Travel Time: **0.00**| Attorney Time Time: **0.50**| Billable Time: **0.50** | 07/20/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Letter to all studios re: content theft<br><br>Travel Time: **0.00**| Attorney Time Time: **0.90**| Billable Time: **0.90** | 07/16/2010<br>5:26 PM |

| | | | |
|---|---|---|---|
| Work Entry | Eric Gapp | Letter to all studios re: pornilove<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 07/15/2010<br>2:10 PM |
| Work Entry | Eric Gapp | Revise letter to Weebly and to Hotfile<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.60**\| Billable Time: **0.60** | 07/15/2010<br>12:58 PM |
| Work Entry | Eric Gapp | Prepare letter to Weebly; Letter to Hotfile<br><br>Travel Time: **0.00**\| Attorney Time Time: **2.70**\| Billable Time: **2.70** | 07/14/2010<br>11:40 AM |
| Work Entry | Marc Randazza | Research concerning additional infringements and hosting.<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.00**\| Billable Time: **1.00** | 07/14/2010<br>12:00 AM |
| Work Entry | Eric Gapp | DMCA notices re: pil2000, pil3000 and to image host<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 07/13/2010<br>6:49 PM |
| Work Entry | Marc Randazza | Research concerning Pornilove updates, facebook page, and review of members of page.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.80**\| Billable Time: **0.80** | 07/13/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Revise attachment to subpoena; Coordinate service of subpoenas on Weebly, Enom, and Whois Privacy and mail DMCA notice to Weebly<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.70**\| Billable Time: **0.70** | 07/09/2010<br>11:17 AM |
| Work Entry | Marc Randazza | Drafting subpoenas and review and revise exhibits to subpoenas.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 07/09/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Prepare DMCA notice to Weebly; Prepare Subpoenas to Weebly, Enom and Whois Privacy Service, Inc.; Document evidence; Review facebook for legal department<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.80**\| Billable Time: **1.80** | 07/08/2010<br>12:05 PM |
| Work Entry | Marc Randazza | Research concerning Pornilove. Review of PIL facebook page. Review of correspondence from Google re same. Draft letter to Google and drafting subpoena.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.70**\| Billable Time: **0.70** | 06/30/2010<br>4:57 PM |
| Work Entry | Eric Gapp | Review incoming letter from Google; Prepare response; Review new website; Update DMCA notice; Prepare subpoena<br><br>Travel Time: **0.00**\| Attorney Time Time: **2.50**\| Billable Time: **2.50** | 06/30/2010<br>1:42 PM |
| Work Entry | Eric Gapp | Review site, update evidence files; Prepare DMCA notices to Google and hotfile; Prepare list of all studios on pil1003.blogspot.com<br><br>Travel Time: **0.00**\| Attorney Time Time: **1.40**\| Billable Time: **1.40** | 06/29/2010<br>2:52 PM |
| Work Entry | Eric Gapp | Review new website and discuss with MJR<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.40**\| Billable Time: **0.40** | 06/28/2010<br>1:06 PM |
| Work Entry | Marc Randazza | Research concerning infringements by PIL and following research trails.<br><br>Travel Time: **0.00**\| Attorney Time Time: **0.60**\| Billable Time: **0.60** | 06/28/2010<br>12:33 PM |

| Work Entry | Eric Gapp | Review DMCA notice and check on status<br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 06/25/2010<br>9:53 AM |
|---|---|---|---|
| Work Entry | Eric Gapp | Review DMCA notice and check on status of infringing urls<br>Travel Time: **0.00**\| Attorney Time Time: **0.20**\| Billable Time: **0.20** | 06/18/2010<br>11:09 AM |
| Work Entry | Eric Gapp | Continue review of site; Update evidence files and continue preparation of DMCA notice<br>Travel Time: **0.00**\| Attorney Time Time: **2.00**\| Billable Time: **2.00** | 06/11/2010<br>3:46 PM |
| Work Entry | Eric Gapp | Review site; Update evidence file; Being preparation of DMCA notice<br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 06/10/2010<br>5:26 PM |
| Work Entry | Marc Randazza | Research concerning PIL new sites.<br>Travel Time: **0.00**\| Attorney Time Time: **0.50**\| Billable Time: **0.50** | 06/10/2010<br>12:00 AM |
| Work Entry | Eric Gapp | Review email re infringements; Update file<br>Travel Time: **0.00**\| Attorney Time Time: **0.30**\| Billable Time: **0.30** | 04/23/2010<br>10:01 AM |
| Event | Eric Gapp | Matter Assigned to Marc Randazza | 04/14/2010<br>12:45 PM |
| Event | Eric Gapp | Matter Created | 04/14/2010<br>12:45 PM |
| Work Entry | Eric Gapp | Prepare evidence file; Download videos; Review site<br>Travel Time: **0.00**\| Attorney Time Time: **1.60**\| Billable Time: **1.60** | 04/14/2010<br>1:27 PM |
| Work Entry | Marc Randazza | Research concerning infringements on blog and creation of file. Set strategy for litigation and gathering fans information.<br>Travel Time: **0.00**\| Attorney Time Time: **1.70**\| Billable Time: **1.70** | 04/14/2010<br>12:00 AM |

Show: [All Results ▼]    Prev    Page 1 / 1 ▼   Next

POWERED BY **Bill4Time**

Downloads | Ideas | Support
Copyright © 2010 – All Rights Reserved
Switch to the Old Version of Bill4Time