# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC d/b/a CORBIN FISHER,<br><br>              Plaintiff,<br><br>    vs.<br><br>PORNILOVE.NET, COREY DEBARROS, and JOHN DOES 3-1000,<br><br>              Defendants. | CASE NO. 10-CV-1810 JLS (WMC)<br><br>**ORDER: GRANTING RENEWED MOTION FOR ATTORNEY'S FEES**<br><br>(ECF No. 31) |

Presently before the Court is Plaintiff Liberty's renewed motion for attorney's fees. (ECF No. 31.) In its October 24, 2011 Order, the Court granted default judgment against Defendants and determined that an award of reasonable attorney's fees was justified. (ECF No. 30.) However, the Court denied Liberty's request for $27,855 in attorney's fees because Liberty had not satisfied its burden to provide evidence that $450 per hour is a reasonable hourly rate applicable in this case or that the 61.9 hours billed by Marc Randazza is a reasonable number of hours in relation to the facts of this case. The Court granted Liberty an opportunity to renew its request for attorney's fees with proper support. On November 14, 2011, Liberty so renewed its request, attaching several declarations in support of its contention that the rate and hours spent on this case were reasonable for a practitioner of counsel's experience in relation to the facts of the case. Defendants have still not appeared in the matter, and thus have not objected to this motion.

The Court finds Liberty has produced satisfactory evidence to justify awarding the fees requested. Accordingly, the renewed motion for an award of $27,855 in attorney's fees is **GRANTED**.

**IT IS SO ORDERED.**

DATED: January 23, 2012

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge